United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH M. GREENFIELD,

     Plaintiff,

     v.

CITIBANK (SOUTH DAKOTA), N.A.,
et al.,

     Defendants.
_____/

No. C 09-2411 PJH

**JUDGMENT**

The court having dismissed the complaint for failure to state a claim, and having

found that amendment would be futile,

It is Ordered and Adjudged

that plaintiff Joseph M. Greenfield take nothing, and that the action be dismissed

with prejudice.

Dated: October 28, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge